IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00461-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORY PAUL MILLER,

    Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **December 8, 2006,** and responses to these motions shall be filed by **December 18, 2006**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 5, 2007, at 1:30 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **January 16, 2007, at 1:30 p.m.**

DATED November 27, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge