IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00461-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORY PAUL MILLER,

    Defendant.

## ORDER RESETTING CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. The Court hereby ORDERS that the change of plea hearing in this matter currently set for February 16, 2007 is RESET to **Monday, February 12, 2007 at 2:00 p.m.**

    DATED: January 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge