UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00461

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JORY PAUL MILLER,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      This case has been transferred to Judge Wiley Y. Daniel. Accordingly, the sentencing hearing currently scheduled for May 4, 2007, at 8:30 a.m. is **RESET** to **Wednesday, May 9, 2007, at 11:00 a.m. in courtroom A-1002**.

Dated: March 22, 2007