IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No.  05-CR-00461-WYD

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1.  JORY PAUL MILLER,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Counsel for the Defendant has conferred with the Government and the Probation Officer and they have no objection to Bond Review Hearing in this matter being continued, therefore:

      **IT IS HEREBY ORDERED** that the Bond Review Hearing on February 19, 2013 at 5:00 p.m. is VACATED and RESCHEDULED for February 26, 2013 at 5:00 p.m.  Defendant's bond is continued to that date and time.

**DATED: February 15, 2013.**

                                  BY THE COURT:

                                  s/David L. West
                                  **United States Magistrate Judge**