**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 05-CR-00461-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**1. JORY PAUL MILLER,**

  **Defendant.**

_____

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**
_____

      **THIS MATTER** came before the Court for a detention and preliminary hearing on April 10, 2012 on a Supplemental Petition on Supervised Release and Warrant for Arrest of Supervised Releasee.  Present were the following: James Candelaria, Assistant United States Attorney, Robert C. Duthie, III, counsel for the Defendant, and the Defendant. Also present was Greg Saiz, Probation/Pretrial Services Officer..

      The Supplemental Petition alleges two additional Violations of Supervised Release for Possession and Use of a Controlled Substance.  The defendant was arrested on April 2, 2013. During a hearing on April 10, 2012, the defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal of Criminal Procedure and his right to a detention hearing..  Based upon the facts alleged in the Petition and Supplemental Petition and in light of the defendant's waivers, the Court finds that probable cause exists to believe that the defendant violated one or more conditions of his release.

      Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

      In making my findings of fact, I have taken judicial notice of the information set forth in the Petition for Violation of Supervised Release and the Supplemental Petition for Violation of

Supervised Release and considered the fact that the defendant was on bond when the two additional alleged violations occurred.. I have also considered defense counsel's statement that his client does not contest the government's request for detention. Under the circumstances, I find that the defendant has not sustained his burden of establishing that he is not a danger to the community

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DATED and ENTERED** this 10th day of April, 2012.

            **BY THE COURT:**

            **s/David L. West**
            **United States Magistrate Judge**