IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 05-CR-00461-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JORY PAUL MILLER,
   Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS FOR ORDER OF DETENTION

---

**THIS MATTER** came before the Court for a Detention and Preliminary Hearing on January 24, 2014 on a Petition on Supervised Release and Warrant for Arrest of Supervised Releasee. Present were the following: James Candelaria, Assistant United States Attorney, Robert C. Duthie, III, counsel for the Defendant, and the Defendant. Also present was Erika Hitti, Probation Officer. The Defendant and his counsel filed written waivers of the Detention and Preliminary Hearings.

The Petition alleges four (4) violations of Supervised Release. The Defendant was arrested on or about January 19, 2014. During a hearing on January 24, 2014, the Defendant waived his right to a Preliminary Hearing under Rule 32.1 of the Federal of Criminal Procedure. Based upon the facts alleged in the Petition and in light of the Defendant's waiver, the Court found that probable cause exists to believe that the Defendant violated one or more conditions of his release.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Violation of Supervised Release and entire court file. I have also considered the Defendant's written Waiver of the Detention Hearing. Under the circumstances, I find that the Defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. On the record before the record before the Court, I find that no condition

or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that, on order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DATED and ENTERED** this 24th day of January, 2014.

                                **BY THE COURT:**

                                s/David L. West
                                **United States Magistrate Judge**